**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MONICA LANCLOS ET AL** | **CASE NO. 6:26-CV-02331** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WILSHIRE INSURANCE CO** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Wilshire Insurance Company's Partial Motion to Dismiss (Rec. Doc. 9) is GRANTED. Plaintiff's claims made pursuant to repealed La. R.S. § 22:1973 against Wilshire are hereby dismissed with prejudice.

Signed at Lafayette, Louisiana, this 1st day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE